1  MAYER, BROWN, ROWE & MAW LLP
   IAN FEINBERG (SBN 88324)
2   ERIC EVANS (SBN 232476)
   Two Palo Alto Square, Suite 300
3  3000 El Camino Real
   Palo Alto, CA  94306
4  Telephone: (650) 331-2000
   Facsimile: (650) 331-4555
5  ifeinberg@mayerbrownrowe.com

6  Attorneys for Defendant
   ADOBE SYSTEMS INCORPORATED
7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT**

10 **SAN JOSE DIVISION**   *E-FILED - 11/9/06*

11
12 HEIDELBERGER DRUCKMASCHINEN,   Case No. C 06 05387 RMW

13              Plaintiff,                STIPULATION AND []
                                          ORDER TO EXTEND TIME TO
14      v.                                RESPOND TO COMPLAINT

15 ADOBE SYSTEMS INCORPORATED,

16              Defendant.

17
        Pursuant to Local Rule 6-1(a), Defendant Adobe Systems Incorporated, respectfully
18
   request that this Court enter an order extending the time in which Defendant must respond in this
19
   matter until October 30, 2006.
20
   ////
21
   ////
22
   ////
23
   ////
24
   ////
25
   ////
26
   ////
27
   ////
28

                                                        STIPULATION TO EXTEND TIME TO RESPOND
                                                                         CASE NO. C06 05387
44030162.1

Plaintiff Heidelberger Druckmaschinen AG has consented to the requested extension.

| | |
|---|---|
| October 4, 2006 | MAYER, BROWN, ROWE & MAW LLP<br>Ian N. Feinberg<br>Shirish Gupta |
| | By: ___/s/___<br>Ian N. Feinberg<br>Attorneys for Defendant<br>ADOBE SYSTEMS INCORPORATED |
| October 4, 2006 | SHEPPARD, MULLIN, RICHTER &<br>HAMPTON LLP<br>Steven B. Sacks<br>M. Elizabeth McDaniel<br>David DeGroot |
| | By: ___/s/___<br>Steven B. Sacks<br>Attorneys for Plaintiff<br>HEIDELBERGER DRUCKMASCHINEN |

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B), Ian Feinberg hereby attests that the signatories' concurrences in the filing of this document have been obtained.*

**IT IS SO ORDERED:**

DATED: __11/9/06__         /s/ Ronald M. Whyte
                          The Honorable Ronald M. Whyte
                          UNITED STATES DISTRICT JUDGE

-2-

STIPULATION TO EXTEND TIME TO RESPOND
CASE NO. C06 05387

44030162.1