1  MAYER, BROWN, ROWE & MAW LLP
   IAN FEINBERG (SBN 88324)
2  ERIC B. EVANS (SBN 232476)
   Two Palo Alto Square, Suite 300
3  3000 El Camino Real
   Palo Alto, CA  94306
4  Telephone: (650) 331-2000
   Facsimile: (650) 331-4555
5  ifeinberg@mayerbrownrowe.com

6  Attorneys for Defendant, Counterclaimant, and
   Third-Party Plaintiff
7  ADOBE SYSTEMS INCORPORATED

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT**

**SAN JOSE DIVISION**         *E-FILED - 12/5/06*

| | |
|---|---|
| HEIDELBERGER DRUCKMASCHINEN AG, a German Corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>ADOBE SYSTEMS INCORPORATED, a Delaware Corporation,<br><br>            Defendant, | Civil Action No. C 06-5387 RMW (RSx)<br><br>STIPULATION AND ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE |
| ADOBE SYSTEMS INCORPORATED, a Delaware Corporation,<br><br>            Counterclaimant,<br><br>      v.<br><br>HEIDELBERGER DRUCKMASCHINEN AG, a German Corporation,<br><br>            Counterdefendant, | |
| ADOBE SYSTEMS INCORPORATED, a Delaware Corporation,<br><br>            Third-party Plaintiff,<br><br>      v.<br><br>LINOTYPE GmbH, a German Corporation,<br><br>            Third-party Defendant. | |

STIPULATION AND [] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. C06 05387

44031218

1  Pursuant to Local Rules 7-12 and 16-2, Defendant, Counterclaimant, and Third-party
2  Plaintiff Adobe Systems Incorporated ("Adobe") and Plaintiff and Counterclaim Defendant
3  Heidelberger Druckmaschinen AG ("Heidelberger") respectfully request that this Court enter an
4  order continuing the Initial Case Management Conference ("CMC") until February 9, 2007.
5  This extension is to allow time for service of Third-party Defendant Linotype GmbH
6  ("Linotype"), a German corporation, pursuant to The Hague Convention on the Service Abroad
7  of Judicial and Extra-Judicial Documents in Civil and Commercial Matters together with
8  Germany's reservations therefrom ("Hague Service Convention").
9  Good cause exists for this Court to continue the CMC for at least the following reasons:
10  (1) Heidelberger filed the complaint in this action ("the Complaint") on August 31, 2006;
11  (2) Heidelberger served the Complaint on Adobe on September 20, 2006;
12  (3) As the basis for its claims against Adobe, Heidelberger alleges that Linotype assigned
13  its claims against Adobe that accrued through March 31, 2006 to Heidelberger;
14  (4) Adobe answered the Complaint, brought counterclaims against Heidelberger, and
15  brought third-party claims against Linotype on October 30, 2006;
16  (5) Adobe believes that the parties' rights cannot be fully adjudicated until Linotype is
17  joined in this action because Linotype remains a party to the agreements upon which
18  Heidelberger's claim is based and, unless joined, this Court's interpretation of these
19  agreements might not be binding on Linotype;
20  (6) Linotype, as a German corporation, must be served pursuant to the Hague Service
21  Convention;
22  (7) Under the Hague Service Convention, as it applies in Germany, all documents to be
23  served must be translated into German and personally served by the relevant Hague
24  Service Convention Authority; and
25  (8) Service of Linotype under the Hague Service Convention may not occur until after
26  the date set for the CMC in this Court's Order Setting Initial Case Management
27  Conference and ADR Deadlines;
28

1     (9) Counsel for Adobe and Heidelberger have conferred, as required by Civil L.R. 16-2(d)(2), and affirm that both Adobe and Heidelberger support this request for relief.

| | |
|---|---|
| November 28, 2006 | MAYER, BROWN, ROWE & MAW LLP<br>Ian N. Feinberg<br>Eric B. Evans |
| | By: /s/<br>Ian N. Feinberg<br>Attorneys for Defendant<br>ADOBE SYSTEMS INCORPORATED |
| November 28, 2006 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>Steven B. Sacks<br>M. Elizabeth McDaniel<br>David DeGroot |
| | By: /s/<br>Steven B. Sacks<br>Attorneys for Plaintiff<br>HEIDELBERGER DRUCKMASCHINEN |

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B), Ian Feinberg hereby attests that the signatories' concurrences in the filing of this document have been obtained.*

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED AS FOLLOWS:**

The CMC is continued until February 9, 2007 @ 10:30 a.m.

As set forth in this Court's Order Setting Initial Case Management Conference and Deadlines, all other deadlines are continued accordingly.

DATED: 12/5/06                 /s/ Ronald M. Whyte<br>
                                                       The Honorable Ronald M. Whyte<br>
                                                       UNITED STATES DISTRICT JUDGE