| | |
|---|---|
| 1 | MAYER, BROWN, ROWE & MAW LLP |
| | IAN FEINBERG (SBN 88324) |
| 2 | ERIC B. EVANS (SBN 232476) |
| | Two Palo Alto Square, Suite 300 |
| 3 | 3000 El Camino Real |
| | Palo Alto, CA  94306 |
| 4 | Telephone: (650) 331-2000 |
| | Facsimile: (650) 331-4555 |
| 5 | ifeinberg@mayerbrownrowe.com |
| 6 | Attorneys for Defendant, Counterclaimant, and |
| | Third-Party Plaintiff |
| 7 | ADOBE SYSTEMS INCORPORATED |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT

### SAN JOSE DIVISION

*E-FILED - 2/6/07*

| | |
|---|---|
| HEIDELBERGER DRUCKMASCHINEN AG, a German Corporation, | Civil Action No. C 06-5387 RMW (RSx) |
| Plaintiff, | STIPULATION AND [] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE |
| v. | |
| ADOBE SYSTEMS INCORPORATED, a Delaware Corporation, | |
| Defendant, | |
| ADOBE SYSTEMS INCORPORATED, a Delaware Corporation, | |
| Counterclaimant, | |
| v. | |
| HEIDELBERGER DRUCKMASCHINEN AG, a German Corporation, | |
| Counterdefendant, | |
| ADOBE SYSTEMS INCORPORATED, a Delaware Corporation, | |
| Third-party Plaintiff, | |
| v. | |
| LINOTYPE GmbH, a German Corporation, | |
| Third-party Defendant. | |

STIPULATION AND [] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. C06 05387

44032010

1  Pursuant to Local Rules 7-12 and 16-2, Defendant, Counterclaimant, and Third-party
2  Plaintiff Adobe Systems Incorporated ("Adobe") and Plaintiff and Counterclaim Defendant
3  Heidelberger Druckmaschinen AG ("Heidelberger") respectfully request that this Court enter an
4  order continuing the Initial Case Management Conference ("CMC") until March 2, 2007.  This
5  extension is to accommodate a scheduling conflict which prevents counsel for Adobe from
6  attending the CMC, which is presently on calendar for February 16, 2007.
7  Good cause exists for this Court to continue the CMC for at least the following reasons:
8  (1) Heidelberger filed the complaint in this action ("the Complaint") on August 31, 2006;
9  (2) Heidelberger served the Complaint on Adobe on September 20, 2006;
10 (3) As the basis for its claims against Adobe, Heidelberger alleges that Linotype assigned
11     its claims against Adobe that accrued through March 31, 2006 to Heidelberger;
12 (4) Adobe answered the Complaint, brought counterclaims against Heidelberger, and
13     brought third-party claims against Linotype on October 30, 2006;
14 (5) The parties requested, and were granted, a continuance of the CMC until February 9,
15     2007;
16 (6) On January 11, 2007, this Court continued the CMC to February 16, 2007;
17 (7) Counsel for Adobe cannot attend on February 16, 2007 because of a scheduling
18     conflict;
19 (8) Counsel for Adobe and Heidelberger therefore jointly request that the CMC be
20     continued until March 2, 2007; and
21 (9) Counsel for Adobe and Heidelberger have conferred, as required by Civil L.R. 16-
22     2(d)(2), and affirm that both Adobe and Heidelberger support this request for relief.

January 24, 2007                    MAYER, BROWN, ROWE & MAW LLP
                                    Ian N. Feinberg
                                    Eric B. Evans


                                    By:    /s/
                                    Ian N. Feinberg
                                    Attorneys for Defendant
                                    ADOBE SYSTEMS INCORPORATED

-3-

| | |
|---|---|
| January 24, 2007 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>Steven B. Sacks<br>M. Elizabeth McDaniel<br>David DeGroot |
| | By: ___/s/___<br>Steven B. Sacks<br>Attorneys for Plaintiff<br>HEIDELBERGER DRUCKMASCHINEN |

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B), Ian Feinberg hereby attests that the signatories' concurrences in the filing of this document have been obtained.*

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED AS FOLLOWS:**

The CMC is continued until March 2, 2007.

As set forth in this Court's Order Setting Initial Case Management Conference and Deadlines, all other deadlines are continued accordingly.

DATED: __2/6/07__   __/s/ Ronald M. Whyte__
The Honorable Ronald M. Whyte
UNITED STATES DISTRICT JUDGE