MAYER BROWN LLP
IAN FEINBERG (SBN 88324)
ERIC B. EVANS (SBN 232476)
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 331-2000
Facsimile: (650) 331-4555
ifeinberg@mayerbrown.com

Attorneys for Defendant, Counterclaimant, and
Third-Party Plaintiff
ADOBE SYSTEMS INCORPORATED

*E-FILED -2/12/08*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT

# SAN JOSE DIVISION

| | |
|---|---|
| HEIDELBERGER DRUCKMASCHINEN AG, a German Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ADOBE SYSTEMS INCORPORATED, a Delaware Corporation,<br><br>Defendant, | Civil Action No. C 06-5387 RMW (RSx)<br><br>**STIPULATION AND []**<br>**ORDER OF DISMISSAL WITH**<br>**PREJUDICE** |
| ADOBE SYSTEMS INCORPORATED, a Delaware Corporation,<br><br>Counterclaimant,<br><br>v.<br><br>HEIDELBERGER DRUCKMASCHINEN AG, a German Corporation,<br><br>Counterdefendant, | |
| ADOBE SYSTEMS INCORPORATED, a Delaware Corporation,<br><br>Third-party Plaintiff,<br><br>v.<br><br>LINOTYPE GmbH, a German Corporation,<br><br>Third-party Defendant. | |

## STIPULATION AND [] ORDER OF DISMISSAL

IT IS HEREBY STIPULATED, by and between plaintiff and counterclaim defendant Heidelberger Druckmaschinen AG, a German Corporation ("Heidelberg"), and defendant and counterclaimant Adobe Systems Incorporated, a Delaware corporation ("Adobe"), that:

1. Heidelberg's former subsidiary, Linotype GmbH ("Linotype"), and Adobe are parties to a series of license and other agreements for typefaces and font software (the "Adobe-Linotype Agreements").

2. Heidelberg asserts that when it sold Linotype to Monotype Imaging, Inc. ("Monotype"), it retained certain claims that Linotype had for allegedly underreported and unpaid royalties due by Adobe to Linotype under the Adobe-Linotype Agreements through March 31, 2006 (the "Linotype Assigned Claims"). Adobe asserts that Linotype underreported and underpaid royalties due Adobe under the Adobe-Linotype Agreements (the "Adobe Claims").

3. On August 31, 2006, Heidelberg filed a lawsuit captioned *Heidelberger Druckmaschinen AG v. Adobe Systems Incorporated*, in the United States District Court for the Northern District of California, San Jose Division, Action No. 06-CV-05387 RMW (RSx) (the "Lawsuit") alleging breach of contract arising out of the Linotype Assigned Claims.

4. On October 30, 2006, Adobe filed a counterclaim in the Lawsuit alleging breach of contract arising out of the Adobe Claims. Adobe also filed a third-party complaint against Linotype GmbH, which has not appeared in the Lawsuit.

5. Adobe and Heidelberg have settled the Linotype Assigned Claims and Adobe's related counterclaims against Heidelberg that accrued on or before March 31, 2006.

6. Pursuant to Fed. R. Civ. P. 41(a), Adobe and Heidelberg now stipulate to the dismissal of all of their claims against each other in the Lawsuit with prejudice.

///

///

///

7. Each party will bear its own legal expenses, including without limitation, attorneys' fees and costs.

February 7, 2008  MAYER, BROWN, ROWE & MAW LLP
Ian N. Feinberg
Eric B. Evans

By: /s/
Ian N. Feinberg
Attorneys for Defendant
ADOBE SYSTEMS INCORPORATED

February 7, 2008  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Steven B. Sacks
M. Elizabeth McDaniel
David DeGroot

By: /s/
Steven B. Sacks
Attorneys for Plaintiff
HEIDELBERGER DRUCKMASCHINEN AG

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B), Ian Feinberg hereby attests that the signatories' concurrences in the filing of this document have been obtained.*

**PURSUANT TO THE ABOVE STIPULATION, IT IS HEREBY ORDERED:**

1. Pursuant to Fed. R. Civ. P. 41(a), all Heidelberg's complaint against Adobe and Adobe's counterclaim against Heidelberg are hereby dismissed with prejudice.

2. Each of Heidelberg and Adobe will bear its own legal expenses, including without limitation, attorneys' fees and costs.

Dated: 2/12/08

*Ronald M. Whyte*
UNITED STATES DISTRICT COURT JUDGE